district court concluded, no trier of fact could reasonably find that CCC failed to provide Hoffman reasonable accommodations within the meaning of the ADA. The undisputed evidence shows that CCC provided Hoffman with extra time on exams, a quiet place to sit for them, the use of formula sheets, and ultimately, all of the other materials she desired to use, although not in the particular mathematics section she desired to use them. Because Hoffman was granted more than a reasonable accommodation, the judgment of the district court is affirmed. CCC's request for fees and costs is denied without prejudice because CCC has failed to file a separate motion under Fed. R.App. P. 38. *See Gabor v. Frazer,* 78 F.3d 459, 459–60 (9th Cir.1996).

AFFIRMED.

Before CANBY, GRABER, and PAEZ, Circuit Judges.

MEMORANDUM *

For the reasons stated by the district court in its Memorandum and Order filed March 6, 2000, we AFFIRM.

Donald BLACK, Mark Muldrow, Martin Monica, Plaintiffs,

and

Raymond Pena, Plaintiff—Appellant,

v.

CITY OF SAN JOSE, Defendant— Appellee.

No. 00–15712.

D.C. No. CV–91–20542–SW.

United States Court of Appeals, Ninth Circuit.

Argued and Submitted Nov. 5, 2001.

Decided Nov. 9, 2001.

Medicon HELLAS, Plaintiff–Appellant,

v.

Abbott LABORATORIES, Defendant–Appellee.

No. 00–16298.

D.C. No. CV–96–20999–JW.

United States Court of Appeals, Ninth Circuit.

Argued and Submitted Nov. 5, 2001.

Decided Nov. 9, 2001.

---

* This disposition is not appropriate for publication and may not be cited to or by the courts of this circuit except as may be provided by Ninth Circuit Rule 36–3.